# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2017

### NO. 03-17-00678-CV

**D. D., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN**
**DISMISSED FOR WANT OF PROSECUTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the probate court on September 27, 2017. Having reviewed the record, the Court holds that D. D. has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.